IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
NOV 29 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 3:13-cr-207
)
RAHIM SABADIA, )
)
*Defendant.* )

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

On June 16, 2011, the defendant, RAHIM SABADIA, did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States during a telephone conversation with a civilian procurement officer at the Naval Surface Warfare Center, located in Dahlgren, Virginia, in the Eastern District of Virginia, by denying that he exercised control or direction over the activities of Primary Tech Systems (PTS) and its corporate officers. This statement and representation was false because, as RAHIM SABADIA then and there knew, the creation of PTS was his idea, he ordered its incorporation, he hand-picked the three officers of the corporation, and he directed the activities of its officers.

(In violation of Title 18, United States Code, Section 1001.)

## CERTIFICATE OF SERVICE

I hereby certify that on the **November 27, 2013**, I sent a copy of this Criminal Information via electronic mail to the following:

Paul W. Butler
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
pbutler@akingump.com

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: ______________________________

Brian R. Hood
Assistant United States Attorney
United States Attorney's Office
Main Street Centre
600 E. Main Street, Suite 1800
Richmond, Virginia 23219-2447
Phone: (804) 819-5400
Fax: (804) 819-7417
brian.hood@usdoj.gov